UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADELIA B. LONG and DONNA C. HOLLAND,

    Plaintiffs,

v.                                                     Case No: 6:12-cv-1783-Orl-37TBS

MERRITT TOWERS CONDOMINIUM ASSN., INC., BOB DARIA, B.P. DAVIS PROPERTY MANAGEMENT, INC. and MARGARET DAVIS,

    Defendants.

## ORDER

    Pending before the Court is Defendants' Unopposed Motion to Seal Confidential and Privileged Documents in Support of Defendants' Motion to Dismiss. (Doc. 14). In support of their motion to dismiss Defendants seek leave to file under seal two documents that were referenced in the Complaint and which contain Plaintiff Holland's confidential health information. Pursuant to M.D. Fla. Local Rule 3.01(g), counsel for Defendants represents that he has conferred with Plaintiffs' counsel, who has no objection to the motion.

    Court records may only be sealed where a party shows a compelling interest in doing so and where the sealing is narrowly tailored to address that interest. Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1015-16 (11th Cir. 1992). The Court finds that the disclosure of the information in the documents would harm Holland's legitimate privacy interest in her personal health information. Under the circumstances of this case, this constitutes good cause to seal the documents. The Court also finds that the request

is sufficiently narrowly tailored to protect Holland's interest while also respecting the general public's right of access to the information contained in court files.

Accordingly, Defendants' Unopposed Motion to Seal Confidential and Privileged Documents in Support of Defendants' Motion to Dismiss (Doc. 14) is **GRANTED**. Defendants are authorized to file the two documents identified in their motion in a sealed envelope, clearly labeled with the style of the case, the docket number of the filing to which the exhibits are to be attached, and identifying that the documents are being filed under seal pursuant to this Order of the Court.

**IT IS SO ORDERED**.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record